# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

W.H.P.M., Inc.

v.  Case Number: 4:18−cv−02302

Healgen Scientific Limited Liability Company

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:** Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 4/5/2019

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   March 26, 2019

David J. Bradley, Clerk